EVALON S. MOSES, Appellant, *vs.* B. F. IRVINE & Co., Respondents.

APPEAL FROM THE DISTRICT COURT OF RAMSEY COUNTY.

It appears from the order in this cause, that it was originally a Certiorari from a judgment of a Justice of the Peace.

A motion was made in the District Court, to quash the writ of Certiorari, which motion was denied

The order denying the motion was reversed in the Supreme Court, but the order of reversal is the only paper which can be found on file.